IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VARGAS,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T,<br><br>    Defendant._____/ | No. C 07-01996 CRB<br><br>**JUDGMENT** |

Having determined that Plaintiff's state-law claims are preempted by Section 301 of the Labor Management Relations Act, having denied Plaintiff's motion to remand, and having granted Defendant's motion to dismiss, the Court hereby enters judgment against Plaintiff and in favor of Defendant.

**IT IS SO ORDERED.**

Dated: June 11, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1996\judgment.wpd